IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01140-WDM-MJW

CHENOA J. JENSEN,

    Plaintiff,

v.

AIRDAT, LLC.,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, September 25, 2006

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States District Judge

PDF FINAL